# EXHIBIT A

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296929)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Ebrahim Hajihassani*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM HAJIHASSANI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ENCORE FLIGHT CORPORATION d/b/a ENCORE FLIGHT ACADEMY. <br><br> Defendant. | Case No.: <br><br> **PLAINTIFF'S CONSUMERS LEGAL REMEDIES ACT ("CLRA") VENUE AFFIDAVIT PURSUANT TO C.C.P. §1780(d)** |

//
//
//
//
//
//
//

- 1 -
PLAINTIFF'S CLRA VENUE AFFIDAVIT

I, EBRAHIM HAJIHASSANI, declare as follows:

1. I am the named plaintiff in the above-captioned action.
2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto under oath.
3. A a substantial portion of the events alleged in the Complaint occurred in Los Angeles County and I reside in Los Angeles County.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 24, 2021, in Encino, California.

By: _____
Ebrahim Hajihassani