# EXHIBIT B



7900 Balboa Blvd., Suite D3  Van Nuys CA 91406

This contract for aircraft rental and instructions ("Contract") is by and between Encore Flight Corporation ("Encore Flight") and Ebrahim Hajihassani ("Student"). This Contract constitutes the entire agreement of the parties with respect to the cost and amount of training provided and payments due from the Student.

For the sum of $11,800 Encore Flight shall provide aircraft rental and instructions to Student as described below..

1. Down payment of $2,500 on March 31st 2021 payable to encore flight academy.
2. 5 monthly payments $1,906 payable on the 1st of each month starting 05/1/2021.

Payment includes books provided by Encore Flight. The services provided by Encore Flight under this Contract is the followings:

1. Aircraft rental (single engine Cirrus SR20):.................................................. 0 Hours
2. Aircraft rental (single engine Piper Warrior, Diamond or Cessna):........ 50 Hours
3. Aircraft rental (multi engine Piper Seminole): ........................................... 0 Hours
4. FAA approved simulator rental: ................................................................. 12 Hours
5. Instructor time (aircraft/simulator):............................................................ 45 Hours
6. Instructor time (ground/post-flight and pre-flight briefing).................. 7 Hours

All instructions are provided under Federal Aviation Regulation CFR 14 Part 61. Each student may complete the training above on an individual basis and at the pace that fits the student's life schedule and learning pace.

The parties hereby acknowledge that Encore Flight does not provide any guarantees with respect to the number of training hours that each individual Student may need in order to receive his/her desired pilot license or rating. Each student may need more or less hours than provided for in this Contract. If additional hours are required in excess of what is provided for in this contract, including with respect to each category of aircraft rental, Encore Flight Corporation will provide them at the then current market price. Student acknowledges that Encore Flight may refuse to provide any and all services if the Student has any outstanding balance for any training received, whether relating to the scheduled payments in this Contract or for training or aircraft rental in excess of what is provided for in this Contract. Failure of Encore Flight to discontinue training and/or aircraft rental in the event of any outstanding fees shall not be a waiver of the outstanding fees that are due and payable by the Student. All payments under this contract are none refundable. A late payment of $50 shall apply to any payment that is not received by Encore Flight three days after its due date above.

_____  3/31/21                                         _____
Encore Flight Corporation                                                              Ebrahim Hajihassani
Alex Abbassi, new client coordinator

Encore Flight Academy | 7900 Balboa Blvd., Suite D3 Van Nuys CA 91406 | 888 359 5869