1  BENJAMIN TAYLOR (State Bar No. 240636)
   btaylor@taylorlawfirmpc.com
2  THE LAW OFFICES OF BENJAMIN TAYLOR
   A Professional Corporation
3  1880 Century Park East, Suite 714
   Los Angeles, California 90067
4  Telephone:    (310) 201-7600
   Facsimile:    (310) 201-7601
5

6  Attorneys for Defendant
   ENCORE FLIGHT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12 | EBRAHIM HAJIHASSAN, individually | **CASE NO. 2:21-cv-07695-MWF-PLA**
   | and on behalf of all others similarly |
13 | situated, |
   | | **DEFENDANT ENCORE FLIGHT**
14 | Plaintiff, | **CORPORATION'S ANSWER TO**
   | | **PLAINTIFF EBRAHIM HAJIHASSANI'S**
15 | v. | **COMLPAINT**
16 | ENCORE FLIGHT CORPORATION |
   | d/b/a ENCORE FLIGHT ACADEMY, |
17 | | Complaint Filed:    September 27, 2021
   | Defendant. | Trial Date:         None set.
18 |

19

20

21

22

23

24

25

26

27

28

Defendant Encore Flight Corporation ("Defendant") hereby answers the Complaint of Plaintiff Ebrahim Hajihassani ("Plaintiff"), as follows:

**Answer to Complaint (by paragraph number):**

1. Denied as outside the scope of Defendant's knowledge.
2. Denied as outside the scope of Defendant's knowledge.
3. Denied as outside the scope of Defendant's knowledge.
4. Denied as outside the scope of Defendant's knowledge.
5. Denied as a conclusion of law to which no response is required.
6. Denied as a conclusion of law to which no response is required.
7. Denied as outside the scope of Defendant's knowledge.
8. Admitted.
9. Denied.
10. Admitted in part; the purpose of the Plaintiff's enrollment is outside the scope of Defendant's knowledge.
11. Admitted in part, that Plaintiff entered into a written agreement. Denied as to the remainder of this paragraph.
12. Admitted.
13. Denied.
14. Denied.
15. Admitted.
16. Denied as outside the scope of Defendant's knowledge.
17. Denied as outside the scope of Defendant's knowledge.
18. Denied.
19. Denied as outside the scope of Defendant's knowledge.
20. Denied as outside the scope of Defendant's knowledge.
21. Denied as outside the scope of Defendant's knowledge.
22. Denied.
23. Denied as outside the scope of Defendant's knowledge.

24. Denied as a conclusion of law to which no response is required.
25. Denied as a conclusion of law to which no response is required.
26. Denied that the purported "class" numbers hundreds of persons; remainder of this paragraph denied as a conclusion of law to which no response is required.
27. Denied as a conclusion of law to which no response is required.
28. Denied as a conclusion of law to which no response is required.
29. Denied as outside of the scope of Defendant's knowledge.
30. Denied as a conclusion of law to which no response is required.
31. Denied as a conclusion of law to which no response is required.
32. Denied as a conclusion of law to which no response is required.
33. Denied as a conclusion of law to which no response is required.
34. Denied as a conclusion of law to which no response is required.
35. Admitted that the paragraphs are incorporated by reference.
36. Denied as a conclusion of law to which no response is required.
37. Denied as a conclusion of law to which no response is required.
38. Denied as a conclusion of law to which no response is required.
39. Denied as a conclusion of law to which no response is required.
40. Denied as a conclusion of law to which no response is required.
41. Admitted that the paragraphs are incorporated by reference.
42. Denied as a conclusion of law to which no response is required.
43. Denied as a conclusion of law to which no response is required.
44. Denied as a conclusion of law to which no response is required.
45. Denied as a conclusion of law to which no response is required.
46. Denied as a conclusion of law to which no response is required.
47. Denied as a conclusion of law to which no response is required.
48. Denied as a conclusion of law to which no response is required.
49. Denied as outside of the scope of Defendant's knowledge.
50. Admitted that the paragraphs are incorporated by reference.

51. Denied as a conclusion of law to which no response is required.
52. Denied as a conclusion of law to which no response is required.
53. Denied as a conclusion of law to which no response is required.
54. Denied as a conclusion of law to which no response is required.
55. Denied as a conclusion of law to which no response is required.
56. Denied as a conclusion of law to which no response is required.
57. Denied as outside of the scope of Defendant's knowledge.

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations of the Complaint, Defendant asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Facts Sufficient to Constitute a Cause of Action)

1. The Complaint and each of its purported causes of action fails to state facts sufficient to constitute a cause of action or to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

2. The Complaint and each of its purported causes of action fails to state a claim upon which relief can be granted as to the damages alleged.

## THIRD AFFIRMATIVE DEFENSE

### (Consent)

3. The claims alleged in the Complaint are barred by the equitable doctrine of consent.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

4. The claims alleged in the Complaint are barred by the equitable doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Complaint is Uncertain)

5. The Complaint is uncertain, ambiguous, and unintelligible.

DEFENDANT ENCORE FLIGHT CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6. The claims alleged in the Complaint are barred by the equitable doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Laches)

7. The claims alleged in the Complaint are barred by the equitable doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

8. The damages alleged in the Complaint are speculative and based on guesswork and conjecture, and they are impossible to ascertain or allocate, especially considering the complaint fails to state a prayer for relief.

## NINTH AFFIRMATIVE DEFENSE

### (Damages Resulted From Own Acts)

9. The damages, if any, suffered by Plaintiff is the result of his own acts or omissions.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

10. Plaintiff has failed to take appropriate and necessary steps to mitigate damages, if any exist.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11. The Complaint and some or all of the claims alleged therein are barred by the doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

12. The claims alleged in the Complaint are barred by the statute of frauds.


## THIRTEENTH AFFIRMATIVE DEFENSE

**(Excuse)**

13. Plaintiff, by his acts and/or omissions, materially breached the agreement(s) alleged in the Complaint, thereby excusing Defendant's performance.

## FOURTEENTH AFFIRMATIVE DEFENSE

**(Fraud)**

14. Plaintiff is not entitled to the relief he seeks in the Complaint because the claims contained therein are barred by his own fraudulent acts.

## FIFTEENTH AFFIRMATIVE DEFENSE

**(Mistake)**

15. The claims alleged in the Complaint are barred by unilateral or mutual mistake.

## SIXTEENTH AFFIRMATIVE DEFENSE

**(Unjust Enrichment)**

16. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, because it would result in unjust enrichment to Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

17. Plaintiff's claims against Defendant are barred in whole or in part by the applicable statutes of limitation.

## EIGHTEENTH AFFIRMATIVE DEFENSE

**(Set-Off)**

18. Plaintiff's claims are subject to set-off based on his own wrongdoing.

## NINETEENTH AFFIRMATIVE DEFENSE

**(Punitive Damages)**

19. The Complaint fails to state facts sufficient to entitle Plaintiff to an award of exemplary or punitive damages.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Immunity and Privilege)

20. Plaintiff's claims are barred due to Defendant being immune or Defendant's conduct being privileged.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Inequitable Conduct)

21. Plaintiff's claims are barred due to Plaintiff's inequitable conduct, including as alleged in the Complaint.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Good Faith)

22. Defendant acted in good faith, and Defendant treated the Plaintiff and putative class members fairly and in good faith in the course of lawful business practices, including reasonably believing that their acts or omissions did not violate any applicable law.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Class Certification)

23. Plaintiff has not and cannot meet the requirements for class certification.

## TWENTY-FOURH AFFIRMATIVE DEFENSE

### (Unfair Business Practices)

24. Defendant did not act in any unlawful, unfair, or fraudulent conduct.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Business Judgment Rule)

25. Defendant alleges that any recovery on Plaintiff's Complaint, or any cause of action contained therein, may be barred by the Business Judgment Rule applicable to claims of unlawful business practices.

## TWENTY-SIXTH AFFIRMTIVE DEFENSE

### (Injunctive Relief)

26. No irreparable injury will occur in the absence of any injunctive relief.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Class Action Not Proper)**

27. Defendant alleges that this action is not properly maintained as a class action because concentrating the litigation of the Plaintiff's claims, as to which individualized facts and proof will predominate, in one particular forum is not desirable.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Class Action Not Practical)**

28. Defendant alleges that this case is not properly maintained as a class action because the prosecution of separate actions by individual members of a putative class would not create a risk of inconsistent or varying adjudications or adjudications that as a practical matter would be dispositive of the interests of other members not parties to the action.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Reservation of Additional Affirmative Defenses)**

29. Defendant reserves the right to assert additional affirmative defenses as investigation, fact-finding, and research continue.

**PRAYER**

WHEREFORE, Defendant prays that this Court:

(1) Dismiss the Complaint with prejudice;

(2) Enter judgment in favor of Defendant on all claims;

(3) Award Defendant costs of suit incurred, including attorneys' fees to the extent permitted by law; and

(4) Grant Defendant such other and further relief as may be deemed just and proper.

DATED: December 3, 2021

THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation

By: _____
BENJAMIN TAYLOR
Attorneys for Defendant
ENCORE FLIGHT CORPORATION

**CERTIFICATE OF SERVICE**

On December 3, 2021, I caused the foregoing document to be electronically served via the Court's CM/ECF system, to all recipients registered to receive CM/ECF notifications and service.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.  Executed on **December 3, 2021** at Los Angeles, California.

_____
Benjamin Taylor