UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 21-7695-MWF (KSx)                                     Date:  July 24, 2023

Title      *Ebrahim Hajihassani v. Encore Flight Corporation*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH THE COURT'S ORDER DATED FEBRUARY 23, 2023**

On February 23, 2023, the Court issued an order requiring Defendant to produce the requested documents in response to Plaintiff's RFP Nos. 9 and 10 by no later than March 10, 2023, and the parties were ordered to submit a proposed stipulated protective order by no later than March 3, 2023 (the "February 23 Order").  (Dkt. No. 25.)

On May 18, 2023, the parties filed a Joint Stipulation re: Plaintiff's Motion to Compel and Request for Sanctions pursuant to Rule 37 ("Joint Stip."). (Dkt. No. 29.)[1] On June 14, 2023, the Court vacated the hearing on the Joint Stipulation and took the matter under submission. (Dkt. No. 33.)  In the Joint Stipulation, Plaintiff contends that Defendant has not produced any responsive documents required by the February 23 Order reflecting Defendant's net worth and annual revenue. Defendant argues that it has produced the only documents available to it, which consists of partial bank statements.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE on or before August 8, 2023,** as to why the Court should not impose monetary sanctions against Defendant for failure to comply with the February 23 Order.  The Defendant may discharge the Order to Show Cause by filing a brief statement (no more than three  (3)  pages) under penalty of perjury explaining its failure to comply with the March 10, 2023 Order and specifically explaining why Defendant has only produced partial bank statements rather than balance sheets, income statements or other such documents sufficient to reflect Defendant's annual revenue and/or net worth as a business entity as called for by Plaintiff's RFP Nos. 9 and 10,  and as required by the Court's February 23 Order.

---

[1]     This matter was reassigned  to the calendar of Chief U.S. Magistrate Judge Karen L. Stevenson on May 18, 12023 (Dkt. No. l29.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 21-7695-MWF (KSx)                                Date:  July 24, 2023

Title       *Ebrahim Hajihassani v. Encore Flight Corporation*

.
　　　　Failure to comply with this Order will result in an award of monetary sanctions for failure to comply with a Court order.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |