**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296929)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Ebrahim Hajihassani

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM HAJIHASSANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE FLIGHT CORPORATION d/b/a ENCORE FLIGHT ACADEMY.<br><br>Defendant. | Case No.: 2:21-cv-07695-KK-KS<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 2, 2024<br>Time: 9:30 A.M.<br>Dept.: Courtroom 3<br><br>**Judge: Hon. Kenly Kiya Kato** |

//
//
//
//
//
//
//
//
//

- 1 -
NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 2, 2024, at 9:30 a.m. in Courtroom 3 located on the 3rd Floor in the United States Courthouse for the Central District of California Eastern Division, located at 3470 12th Street, Riverside, California 92501, Plaintiff EBRAHIM HAJIHASSANI ("Plaintiff"), by and through Plaintiff's counsel of record, will move this Court for a Default Judgment and award of attorneys' fees and costs against Defendant ENCORE FLIGHT CORPORATION d/b/a ENCORE FLIGHT ACADEMY ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, the Declarations of Plaintiff and Plaintiff's counsel, all papers and records on file herein, and any further information that may be requested by the Court. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: March 28, 2024                    Respectfully submitted,

                                                     **KAZEROUNI LAW GROUP, APC**

                                         By: s/ Mona Amini
                                                 MONA AMINI, ESQ.
                                                 *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On March 28, 2024, I served the attached document(s) by the following means:

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, or placed the envelope for collection and mailing, following our ordinary business practices. in the United States mail at Costa Mesa, California addressed as set forth below.

Encore Flight Corporation
16700 Roscoe Blvd.
Van Nuys, CA 91406

Encore Flight Corporation
7900 Balboa Blvd., #D3
Van Nuys, CA 91406

Encore Flight Corporation
7900 Balboa Blvd., Unit E 111
Van Nuys, CA 91406

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 28, 2024, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.