JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM HAJIHASSANI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ENCORE FLIGHT CORPORATION d/b/a ENCORE FLIGHT ACADEMY.<br><br>　　　　　　　Defendant. | Case No.: 2:21-cv-07695-KK-KS<br><br>**JUDGMENT**<br><br>Date:　May 2, 2024<br>Time:　9:30 A.M.<br>Dept.:　Courtroom 3<br><br>**Judge:  Hon. Kenly Kiya Kato** |

　　　Having considered Plaintiff's motion, the papers and declarations submitted therewith, as well as the operative complaint and the record in this action, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is GRANTED and Plaintiff is awarded the following monetary damages and equitable relief against Defendant:

- The Contract at issue in Plaintiff's Complaint is hereby rescinded;
- Plaintiff is awarded $2,960 in the form of restitution, compensatory, and/or actual damages;
- Plaintiff is awarded $61,931.75 for Plaintiff's counsel's reasonable attorney's fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATED: April 30, 2024

_____
HON. KENLY KIYA KATO
U.S. DISTRICT COURT JUDGE